UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HON. JOSEPH A. LAROSKI, JR., JUDGE

| | |
|---|---|
| TOPCON POSITIONING SYSTEMS, INC., <br><br> Plaintiff, <br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 14-00189 |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1.    The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2.    The imported merchandise in the entries set forth in Schedule A, attached, consists of rotating laser levers and pipe laser levels ("imported laser levels"), parts and accessories thereof ("imported parts and accessories") (collectively, "imported merchandise").

3.    The imported laser levels were liquidated by U.S. Customs and Border Protection ("CBP") under subheading 9031.49.90 of the Harmonized Tariff Schedule of the United States ("HTSUS") at a duty rate of 3.5 percent *ad valorem*.

4.    The imported parts and accessories were liquidated by CBP under subheading 9031.90.58, HTSUS, at a duty rate of 3.5 percent *ad valorem*.

5.    The stipulable imported laser levels are classifiable under subheading 9015.30.40, HTSUS, duty free.

6.    The stipulable imported parts and accessories are classifiable under subheading 9015.90.00, HTSUS, duty free.

7.    The imported merchandise, covered by the entries set forth on the attached schedule A, is stipulable in accordance with this agreement.

8.    CBP shall reliquidate the entries set forth on the attached schedule A in accordance with this Stipulated Judgment, classifying imported laser levels under subheading 9015.30.40, HTSUS, and the imported parts and accessories under subheading 9015.90.00, HTSUS.

9.    Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

10.    All other claims with respect to the entries subject to the summons in the above-captioned appeal are abandoned.

11.    Each party will bear its own costs and attorney's fees.

Stipulated Judgment on Agreed Statement of Facts (continued)
*Topcon Positioning Systems, Inc. v. United States*, Court No. 14-00189

Respectfully submitted,

3/31/2026

MYLES S. GETLAN

Myles S. Getlan
James Ransdell
Jonathan M. Zielinski
CASSIDY LEVY KENT (USA) LLP
900 19th Street, NW, Suite 400
Washington, DC 20006
(202) 567-2304

Angela S. Santos
Leah N. Scarpelli
ARENT FOX LLP
1717 K Street, N.W.
Washington DC 20036
(202) 857-6000
*Attorneys for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

3/31/2026

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

3/31/2026

MATHIAS RABINOVITCH
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Suite 346
New York, New York 10278
(212) 264-0484
*Attorneys for Defendant*

IT IS HEREBY ORDERED that this action is decided and the final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

_____
Joseph A. Laroski, Judge

Date:_____

## SCHEDULE A TO STIPULATED JUDGMENT

| Port | Protest No. | Entry No. | Line No. | Description of Merchandise |
|---|---|---|---|---|
| Chicago (3901) | 3901-12-100710 | U35-1282658-7 | Line 1 | Pipe Laser TP-L4B w/standard accessories |
| | | | | Pipe Laser TP-L4BG w/standard accessories |
| | | | | Pipe Laser TP-L4GV w/standard accessories |
| | | | | Rotating Laser RL-100 1S w/standard accessories |
| | | | | Rotating Laser RL-100 2S w/standard accessories |
| | | | | Rotating Laser RL-VH4DR. INT w/standard accessories |
| | | | | Rotating Laser RL-VH4G2. GC w/standard accessories |
| | | | | Rotating Laser RL-VH4DR/PS. GCA w/standard accessories |
| | | | Line 2 | Level Sensor LS-B10W w/standard accessories |
| | | | | Level Sensor LS-80G/PS |
| | | | | Level Sensor LS-80L/PS |
| | | | | Holder 6 for Level Sensor |
| | | | | Trivet Handle 2 for Pipe Laser TP-L3 |
| | | | | Trivet Stand-3 (ft.) wo/Handle for Pipe Laser TP-L2/L3 |
| | | | | Holder-5 for LS-30/50B/70 |
| | | | | Target Holder for TP-L3/4 |
| | | | | Large Target P3-AL for TP-L3/4A for Pipe Laser TP-L3 |
| | | | | Small Target P3-AS for TP-L3/4A |
| | | | | Large Target P3-BL for TP-L3/4B |
| | | | | Small Target P3-BS for TP-L3/4B |
| | | | | Small Target P3-BGS for TP-L3/4BG |
| | | | | Large Target P3BG for TP-L4BG |
| | | | | Individual Legs (6 inches) X4 for Pipe Laser TP-L3 |
| | | | | Large Target P3-GL for TP-L3/4G |
| | | | | Small Target P3-GS for TP-L3/4G |
| | | | | Over the Top Target (Red) for Pipe Laser TP-L3 |
| | | | | Individual Legs (8 inches) X4 for Pipe Laser TP-L3 |
| | | | | Blue C. Target 2 |
| | | | | Magnetic Ceiling Target (G) for Rotating Laser RL-VH2 (Inch) |

| | | | | |
|---|---|---|---|---|
| | | | | Magnetic ceiling target (R) for Rotating laser RL-VH2 (Inch) |
| | | | | Target Plate (Small) for Rotating Laser RL-60 |
| | | | | Alignment Target (G) for Rotating Laser RL-VH2 |
| | | | | Dry Batter Holder DB-43 for Rotating Laser Rl-VH2 |
| | | | | Battery Holder DB-51C for Rotating Laser RL-H1Sa/H2Sa |
| Kansas City (4501) | 4501-13-100052 | U35-2404830-3 | Line 1 | Rotating Laser RL-H4C (DB) w/standard accessories |
| | | | | Rotating Laser RL-H4C (RB) w/standard accessories |
| | 4501-13-100066 | U35-2400952-9 | Line 1 | RL-SV2S SB w/standard accessories |
| | | | | Rotating Laser RL-H4C (DB) w/standard accessories |
| | | U35-2401024-6 | Line 1 | Rotating Laser RL-H4C (RB) w/standard accessories |
| | | | | Rotating Laser RL-H4C (DB) w/standard accessories |
| | | | | Rotating Laser RL-H3D TAURUS w/standard accessories |
| | 4501-13-100096 | U35-2402030-2 | Line 1 | Rotating Laser RL-SV2S (DB) w/standard accessories |
| | | | | Rotating Laser RL-H4C (DB) w/standard accessories |
| | | | | Rotating Laser RL-H3D TAURUS w/standard accessories |
| | | | | Rotating Laser RL-SV2S (RB) w/standard accessories |
| | | U35-2402282-9 | Line 1 | Rotating Laser RL-H4C (RB) w/standard accessories |
| | | | | Rotating Laser RL-H4C (DB) w/standard accessories |
| | | U35-2402481-7 | Line 1 | Rotating Laser RL-SV2S (RB) w/standard accessories |
| | | | | Rotating Laser RL-H4C (DB) w/standard accessories |
| | | | | Rotating Laser RL-H3D TAURUS w/standard accessories |
| | 4501-13-100113 | U35-2402817-2 | Line 1 | Rotating Laser RL-H4C (RB) w/standard accessories |
| | | | | Rotating Laser RL-H4C (DB) w/standard accessories |
| | | U35-2402919-6 | Line 1 | Rotating Laser RL-H4C (RB) w/standard accessories |

| | | | | Rotating Laser RL-H3D TAURUS w/standard accessories |
|---|---|---|---|---|
| | | U35-2403044-2 | Line 1 | Rotating Laser RL-H4C (DB) w/standard accessories |
| | | | | Rotating Laser RL-H3D TAURUS w/standard accessories |
| | 4501-13-100117 | U35-2403290-1 | Line 1 | Rotating Laser RL-H4C (DB) w/standard accessories |
| | | U35-2403221-6 | Line 1 | Rotating Laser RL-H4C (DB) w/standard accessories |
| | | U35-2403595-3 | Line 1 | Rotating Laser RL-SV2S (RB) w/standard accessories |
| | | | | Rotating Laser RL-H4C (RB) w/standard accessories |
| | | | | Rotating Laser RL-H4C (DB) w/standard accessories |
| | | | | Rotating Laser RL-H3D TAURUS w/standard accessories |
| | 4501-13-100127 | U35-2403812-2 | Line 1 | Rotating Laser RL-H4C (RB) w/standard accessories |
| | | | | Rotating Laser RL-H4C (DB) w/standard accessories |
| | | U35-2403910-4 | Line 1 | Rotating Laser RL-H4C (DB) w/standard accessories |
| San Francisco (2809) | 2809-14-100495 | U35-3294131-8 | Line 1 | TP-L4 improved |
| | | U35-3291013-1 | Line 1 | Positioning Zone Laser Transmitter PZL-1A w/standard accessories |
| | | | Line 2 | Positioning Zone Sensor PZS-MC w/standard accessories |
| | | U35-3294247-2 | Line 2 | FC-250 PCB B |